UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

DAWN STICKLAND,

    and

JERRY J. STICKLAND,                      Case No. 2:06-CV-00087-LA
                                                   Honorable Lynn Adelman

    Plaintiffs,

    v.

TRION GROUP, INC.,

    and

DECISIONONE CORPORATION,

    Defendants.

## STIPULATION TO EXTEND THE TIME FOR DEFENDANT TRION GROUP, INC. TO RESPOND TO PLAINTIFFS' COMPLAINT

To afford the parties a short period of additional time to continue their good faith efforts to resolve this matter without the unnecessary expenditure of their or the Court's limited and valuable resources in continued litigation, subject to Defendants' jurisdictional objections and, specifically all Defenses and Objections under Rule 12, Federal Rules of Civil Procedure and DecisionOne Corporation's pending motion to dismiss or transfer venue, it is hereby **STIPULATED** by and between the parties listed below that the time for Defendant, Trion Group, Inc., to answer or otherwise respond to the Complaint in the above-captioned matter is extended to **Friday, July 7, 2006**.

**STIPULATED AND AGREED TO:**

s/ Peter J. Ludwig_____                    Dated: 6/26/06_____
Peter J. Ludwig, Esquire
166 N. Dodge Street, Suite 1
P.O. Box 190
Burlington, WI 53105
(262) 763-1888 (Telephone)
(262) 763-2493 (Facsimile)
Attorney for Plaintiff, Dawn Stickland



s/ John D. Finerty, Jr._____                    Dated:6/26/06_____
**John D. Finerty, Jr., Esquire**
Michael Best & Friedrich LLP
100 East Wisconsin Avenue
Suite 3300
Milwaukee, WI 53202-4108
(414) 271-6560 (Telephone)
(414) 277-0656 (Facsimile)
Attorneys for Defendant, Trion Group, Inc.

Jason E. Reisman, Esquire
Jacob M. Sitman, Esquire
Obermayer Rebmann Maxwell & Hippel, LLP
Of Counsel
One Penn Center, 19th Floor
1617 John F. Kennedy Boulevard
Philadelphia, PA 19103
(215) 665-3000 (Telephone)
(215) 665-3121 (Facsimile)

s/ Anne W. Reed					Dated: 6/26/06
Anne W. Reed, Esquire
Joseph W. Voiland, Esquire
Reinhart Boerner Van Deuren s.c.
1000 North Water Street, Suite 2100
Milwaukee, WI 53201-2965
(414) 298-1000 (Telephone)
(414) 298-8097 (Facsimile)
Attorneys for Defendant, DecisionOne Corporation

Catherine T. Barbieri, Esquire
Jessica L. Pollock, Esquire
Fox Rothschild LLP
Of Counsel
2000 Market Street, 10th Floor
Philadelphia, PA 19103-3291
(215) 299-2000 (Telephone)
(215) 229-2150 (Facsimile)
Of Counsel for Defendant DecisionOne Corporation


**APPROVED** and **SO ORDERED** by the Court:


/s_____
LYNN ADELMAN, U.S.D.J.
Dated: 6/28/06